1  W. SCOTT CAMERON (State Bar No. 229828)
   JOHN S. WHITTAKER (State Bar No. 251791)
2  **KING & SPALDING LLP**
   621 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   Telephone:    (916) 321-4800
4  Facsimile:    (916) 321-4900
   Email: s*cameron@kslaw.com*
5         *jwhittaker@kslaw.com*
   Attorneys for Defendant:
6  EarthLink, LLC, as successor in interest to EarthLink, Inc.

7  TODD M. FRIEDMAN (State Bar No. 216752)
   ADRIAN R. BACON (State Bar No. 280332)
8  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   324 S. Beverly Dr., #725
9  Beverly Hills, CA 90212
   Telephone:    (877) 206-4741
10 Facsimile:    (866) 633-0228
   Email: *tfriedman@toddflaw.com*
11        *abacon@toddflaw.com*
   Attorneys for Plaintiff:
12 Linda Kleiner

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16

17 LINDA KLEINER,                        Case No.  2:16-CV-01609-KJM-AC

18         Plaintiff                     **STIPULATION AND ORDER FOR A
                                         SECOND EXTENSION FOR
19   v.                                  DEFENDANT TO RESPOND TO
                                         PLAINTIFF'S CLASS ACTION
20 EARTHLINK, INC.,                      COMPLAINT**
                                         [L.R. 144(a)]
21         Defendant.
                                         Complaint served: July 26, 2016
22                                       Original response date: August 16, 2016
                                         First extended date: September 12, 2016
23                                       New response date: September 26, 2016

24

25

26

27

28 **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S
   COMPLAINT**
   CASE NO. 2:16-CV-01609-KJM-AC

DMSLIBRARY01\29402785.v1

1  Pursuant to Local Rule 144(a), defendant EarthLink, LLC, as successor in interest to EarthLink, Inc. ("Defendant") and plaintiff Linda Kleiner ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to a second brief extension of the time for Defendant to file its answer or responsive pleadings to Plaintiff's Class Action Complaint.  The parties stipulate as follows:

 1. Plaintiff's Class Action Complaint ("Complaint") was filed on July 13, 2016.

 2. EarthLink was served with a copy of the Complaint on July 26, 2016.

 3. Plaintiff and EarthLink filed a Joint Stipulation Extending Time for Defendant to Respond to Plaintiff's Class Action Complaint on August 10, 2016 (the "Stipulation").  Dkt. No. 6.  Pursuant to the Stipulation, EarthLink's answer or responsive pleading is due September 12, 2016.

 4. EarthLink has informed Plaintiff's counsel that it does not believe Linda Kleiner is a proper plaintiff in this case and intended to file a motion to dismiss for lack of standing.  The parties also discussed the existence of an arbitration clause in EarthLink's terms and conditions.

 5. The parties are continuing to meet and confer on the contemplated motion to dismiss.

 6. Good cause exists for the requested 14-day extension.  Plaintiff and EarthLink are continuing to discuss the issue of Plaintiff's standing.  The requested extension will provide the parties with the opportunity to further investigate the issue and continue their efforts to reach a resolution, without the filing of potentially unnecessary papers and further intervention from the Court.

 7. Defendant's response to the Complaint shall be filed not later than September 26, 2016.

Dated:  September 9, 2016    KING & SPALDING LLP


By: /s/ W. Scott Cameron_____
    W. Scott Cameron

Attorneys for Defendant
EARTHLINK, LLC, as successor in
interest to EARTHLINK, INC.

Dated:  September 9, 2016                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

 

By: /s/ Adrian R. Bacon_____
     Adrian Bacon

Attorneys for Plaintiff
LINDA KLEINER

**ORDER**

Good cause appearing, the court APPROVES the parties' stipulation for a second extension (ECF No. 7).  Accordingly, defendant's response to the complaint shall be filed no later than September 26, 2016.

**IT IS SO ORDERED**

Dated:  September 12, 2016

_____
UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
CASE NO. 2:16-CV-01609-KJM-AC

DMSLIBRARY01\29402785.v1