UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KLEINER,<br><br>        Plaintiff,<br><br>   v.<br><br>EARTHLINK, INC,<br><br>        Defendant. | Case No. 16-cv-01609-WHO<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 35 |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for October 10, 2017 at 3:00 p.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required

**IT IS SO ORDERED.**

Dated: August 7, 2017

William H. Orrick
United States District Judge