# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA KLEINER,** | Case No. 2:16-cv-01609-WHO |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER** |
| vs. | |
| **EARTHLINK, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 23rd day of August, 2017

_____
The Honorable William H. Orrick, III

Order to Dismiss - 1